2013-1641, -1642, -1643, -1644

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

AMERICAN RADIO LLC,

*Plaintiff-Appellant*,

v.

QUALCOMM INCORPORATED,

*Defendant-Appellee*,

and

CISCO SYSTEMS, INC.,

*Defendant-Appellee*,

and

INTEL CORPORATION,

*Defendant-Appellee*,

and

BROADCOM CORPORATION,

*Defendant-Appellee*.

Appeals from the United States District Court for the Central District of California in case nos. 12-CV-5908, 12-CV-5909, 12-CV-5910, and 12-CV-1123, Senior Judge Mariana R. Pfaelzer.

**APPELLEES' UNOPPOSED MOTION FOR A THIRTY-ONE (31) DAY EXTENSION OF TIME TO FILE THEIR RESPONSIVE BRIEF**

## APPELLEES' UNOPPOSED MOTION FOR A THIRTY-ONE (31) DAY EXTENSION OF TIME TO FILE THEIR RESPONSIVE BRIEF

Pursuant to Federal Cir. R. 26(b) and Fed. R. App. P. 26(b), Appellees Qualcomm Incorporated, Cisco Systems, Incorporated, Intel Corporation, and Broadcom Corporation, by their counsel, respectfully request that the Court enlarge the time within which Appellees may file their Responsive Brief by thirty-one (31) days. Appellees contacted counsel for Appellant who has indicated that it does not oppose.

1. Appellees' Responsive Brief currently is due on January 24, 2014. Appellees respectfully seek to extend the due date of the Responsive Brief by thirty-one (31) days to February 24, 2014. A thirty day extension would move the deadline to February 23, which is a Sunday, and therefore Appellees request a thirty-one day extension to the following Monday.

2. Appellees request this extension due to multiple other case commitments including preparation and attendance at trial and preparation of briefs.

3. This is the first extension the Appellees have sought.

4. Appellees believe that the foregoing represents good cause for the requested extension of time and respectfully request that it be granted.

5. This motion is not made for the purposes of delay, but in good faith in light of Appellees' counsel's schedule.

## CONCLUSION

For the foregoing reasons, the Appellees respectfully request that the Court grant this motion for a modified briefing schedule. A proposed order is attached hereto as required under Fed. Cir. R. 27(a)(9).

Dated: January 7, 2014                                  Respectfully submitted,

/s/     Justin C. Griffin                                       /s/     David C. Marcus
JUSTIN C. GRIFFIN                                          DAVID C. MARCUS
QUINN EMANUEL URQUHART &                       ANDREA WEISS JEFFRIES
    SULLIVAN LLP                                              DAVID YANG
865 South Figueroa St., 10th Floor                WILMER CUTLER PICKERING
Los Angeles, CA 90017                                       HALE AND DORR LLP
(213) 443-3000                                                  350 South Grand Ave., Ste. 2100
                                                                          Los Angeles, CA 90071
                                                                          (213) 443-5300
DAVID A. NELSON
MARC KAPLAN
QUINN EMANUEL URQUHART &                       GREGORY P. TERAN
SULLIVAN LLP                                                   LAUREN B. FLETCHER
500 W. Madison St.                                           KEVIN A. GOLDMAN
Suite 2450                                                         PROSHANTO MUKHERJI
Chicago, IL 60661                                             WILMER CUTLER PICKERING
(312) 705-7400                                                      HALE AND DORR LLP
                                                                          60 State Street
*Counsel for Defendant-Appellee*                   Boston, MA 02109
*Qualcomm Incorporated*                               (617) 526-6000

                                                                          *Counsel for Defendant-Appellee*
                                                                          *Intel Corporation*

| | |
|---|---|
| */s/     John R. Gibson* | */s/     Darin W. Snyder* |
| L. NORWOOD JAMESON | DARIN W. SNYDER |
| MATTHEW S. YUNGWIRTH | MELODY DRUMMOND-HANSEN |
| JOHN R. GIBSON | O'MELVENY & MYERS LLP |
| DUANE MORRIS LLP | Two Embarcadero Center, 28th Floor |
| 1075 Peachtree St., Ste. 2000 | San Francisco, CA  94111 |
| Atlanta, GA  30309 | (415) 984-8700 |
| (404) 253-6900 | dsnyder@omm.com |
| | mdrummondhansen@omm.com |
| *Counsel for Defendant-Appellee Cisco Systems, Inc.* | *Counsel for Defendant-Appellee Broadcom Corporation* |

# DECLARATION OF JUSTIN C. GRIFFIN

1. I am an attorney at law and partner at Quinn Emanuel Urquhart & Sullivan LLP, attorney of record for Qualcomm Incorporated. I am lead counsel in this appeal. I submit this declaration in support of Appellees' Unopposed Motion for a Thirty-One (31) Day Extension of Time To File Their Responsive Brief. I have personal knowledge of the matters set forth herein and if called and sworn as a witness, I could and would testify competently thereon.

2. Appellees' Brief is currently due on January 24, 2014. I am unable to prepare Appellees' Brief by this date due to multiple other case commitments including preparation and attendance hearings and preparation of briefs. Furthermore, critical members of my team are in trial from early January up to and through the deadline for this brief, and therefore unable to participate in drafting the brief.

3. Due to my scheduling conflicts, I do not realistically expect that I will be able to dedicate a significant amount of time and attention to Appellees' Brief before late-January. Accordingly, Appellee respectfully request that the due date for the Appellees' Responsive Brief be extended thirty-one (31) days, to February 24, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 7, 2014 /s/ Justin C. Griffin
Justin C. Griffin

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Qualcomm Incorporated certifies the following:

1. The full name of every party or amicus represented by me is:

    Qualcomm Incorporated.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Qualcomm Incorporated.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

    QUINN EMANUEL URQUHART & SULLIVAN LLP:

    David Nelson, Jennifer Kash, William Price, Justin Griffin, Chris Lawnicki, Marc Kaplan.


Dated: January 7, 2014
/s/     Justin C. Griffin
JUSTIN C. GRIFFIN
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

## CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Cisco Systems, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

    Cisco Systems, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Cisco Systems, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Cisco Systems, Inc. is a publicly traded company. No parent corporation or publicly held company owns more than 10 percent or more of the stock of Cisco Systems, Inc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

    DUANE MORRIS LLP:

    L. Norwood Jameson, Matthew S. Yungwirth, John R. Gibson.


Dated: January 7, 2014               /s/      *John R. Gibson*
                                                                        JOHN R. GIBSON
                                                                       DUANE MORRIS LLP
                                                                       1075 Peachtree St., Ste. 2000
                                                                       Atlanta, GA  30309
                                                                       (404) 253-6900

## CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Intel Corporation certifies the following:

1. The full name of every party or amicus represented by me is:

   Intel Corporation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Intel Corporation.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

   W<small>ILMER</small> C<small>UTLER</small> P<small>ICKERING</small> H<small>ALE AND</small> D<small>ORR</small> LLP:

   David C. Marcus, Gregory P. Teran, Andrea Weiss Jeffries, Lauren B. Fletcher, Jordan L. Hirsch, David Yang, Kevin A. Goldman, Proshanto Mukherji, Nandan Padmanabhan.

Dated: January 7, 2014    /s/    *David C. Marcus*
                                              D<small>AVID</small> C. M<small>ARCUS</small>
                                              W<small>ILMER</small> C<small>UTLER</small> P<small>ICKERING</small>
                                                H<small>ALE AND</small> D<small>ORR</small> LLP
                                              350 South Grand Avenue, Suite 2100
                                              Los Angeles, CA 90071
                                              (213) 443-5300

## CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Broadcom Corporation certifies the following:

1. The full name of every party or amicus represented by me is:

   Broadcom Corporation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Broadcom Corporation.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

   O'MELVENY & MYERS LLP:  Darin W. Snyder, Melody N. Drummond-Hansen.

   ONE LLP:  Joseph K. Liu.

Dated:  January 7, 2014

/s/     *Darin W. Snyder*
DARIN W. SNYDER
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
(415) 984-8700
dsnyder@omm.com

*Counsel for Broadcom Corporation*

## ECF-3(B)(2) REPRESENTATION

Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, the undersigned represents under ECF-3(b)(2) that counsel for Intel Corporation, Cisco Systems, Inc., and Broadcom Corporation have consented to their signatures on this brief.

Dated:  January 7, 2014    */s/     Justin C. Griffin*
JUSTIN C. GRIFFIN
QUINN EMANUEL URQUHART &
   SULLIVAN LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing motion with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 7th day of January, 2014, and served a copy on counsel of record by the CM/ECF system and by electronic mail.

Dated:  January 7, 2014               /s/     *Justin C. Griffin*
                                       JUSTIN C. GRIFFIN
                                       QUINN EMANUEL URQUHART &
                                           SULLIVAN LLP
                                       865 South Figueroa St., 10th Floor
                                       Los Angeles, CA 90017
                                       (213) 443-3000

2013-1641, -1642, -1643, -1644

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

AMERICAN RADIO LLC,

*Plaintiff-Appellant*,

v.

QUALCOMM INCORPORATED,

*Defendant-Appellee*,

and

CISCO SYSTEMS, INC.,

*Defendant-Appellee*,

and

INTEL CORPORATION,

*Defendant-Appellee*,

and

BROADCOM CORPORATION,

*Defendant-Appellee*.

Appeals from the United States District Court for the Central District of California in case nos. 12-CV-5908, 12-CV-5909, 12-CV-5910, and 12-CV-1123, Senior Judge Mariana R. Pfaelzer.

# ORDER

# ORDER

Upon consideration of Appellees' MOTION FOR A THIRTY-ONE (31) DAY EXTENSION OF TIME TO FILE THEIR RESPONSIVE BRIEF,

IT IS HEREBY ORDERED THAT:

The motion is granted. The Responsive Brief of the Appellees is to be filed on or before <u>February 24,</u> 2014.

Dated:_____, 2014          _____