NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**AMERICAN RADIO LLC,**
*Plaintiff-Appellant,*

v.

**QUALCOMM INCORPORATED,**
*Defendant-Appellee,*

**and**

**CISCO SYSTEMS, INC.,**
*Defendant-Appellee,*

**and**

**INTEL CORPORATION,**
*Defendant-Appellee,*

**and**

**BROADCOM CORPORATION,**
*Defendant-Appellee.*

_____

13-1641

_____

Appeal from the United States District Court for the
Central District of California in No. 12-CV-5908,
12-CV-5909, 12-CV-5910, and 12-CV-1123, Senior
Judge Mariana R. Pfaelzer.

_____

ON MOTION

O R D E R

Upon consideration of the appellees Qualcomm
Incorporated, Broadcom Corporation, Cisco Systems, Inc. ,
and Intel Corporation unopposed motion to extend time to
file their principal briefs until February 24, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

January 8, 2014          /s/ Daniel E. O'Toole
                         Daniel E. O'Toole
                         Clerk of Court